■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM STRONG, Appellant. [817 NYS2d 573]—Appeal from an order of the Supreme Court, Erie County (Mario J. Rossetti, A.J.), entered July 27, 2005. The order determined that defendant is a level three risk pursuant to the Sex Offender Registration Act.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL A. JONES, Appellant. [817 NYS2d 573]—Appeal from a judgment of the Ontario County Court (Craig J. Doran, J.), rendered November 9, 2004. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, J.P., Kehoe, Smith, Pine and Hayes, JJ.